5.20.18

FILED by ___ D.C.

MAY 24 2018

STEVEN M. LARIMORE
CLERK U. S. DIST. CT.
S. D. of FLA. – MIAMI

To the district court,

I'M trying to get a copy of my sentencing transcript, My Docket Sheet And a copy of My first indictment. I was in a penitentiary And when I got transferred to a medium security prison the facility lost my legal work. I am still in the courts fighting my case, if you can please send me the copies I am asking for I would gladly Appreciate it. I am serving a 35 yrs sentence And I am seeking for some relief please Help me with my situation I am trying to get back to my Kids the correct way fighting my case. Thank you for taking your time in reading this letter. God bless you and your family.
Sincerely,

MAURIN CHACON
#02418-104

Case No. 14-20017-CR-williams

MAUKIN CHACON #81118 104
F.C.C Coleman Medium
P.O. BOX 1032
Coleman, FL 33521

TAMPA FL 335
SAINT PETERSBURG FL
21 MAY 2018 PM 8 L

33128-771699

United States District Court
Southern District of florida
office of the clerk - Room 8N09
400 North MiAMi Avenue
MiAMi, florida 33128-7716



USMS
INSPECTED   RECEIVED

MAY 24 2018
12:50 PM